JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMAL GREEN, | Case No. CV 12-07332-JVS (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| RON DAVIS, Warden, | |
| Respondent. | |

Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: May 16, 2017

_____
JAMES V. SELNA
United States District Judge